# United States Court of Appeals
## For the First Circuit

No. 24-2074

LUIS PATRICIO DOMINGUEZ-LANDI,

Petitioner,

v.

PAMELA J. BONDI, Attorney General,

Respondent.

Before

Gelpí, Thompson, Montecalvo,
Circuit Judges.

**ORDER OF COURT**
Entered: September 12, 2025

Based on the parties' representation at argument that the United States Citizenship and Immigration Services recently issued a bona fide determination relative to petitioner's pending U-4 Visa petition, we remand this case to the Board of Immigration Appeals (the "BIA") for reconsideration of petitioner's motion to reopen his removal proceeding in light of this new evidence.

We retain jurisdiction over the petition. Petitioner is directed to file a status report by November 12, 2025, and every 60 days thereafter, and to inform the court promptly once the BIA has entered a new or supplemental decision, including whether petitioner will file a new petition for review from any decision.

By the Court:
Anastasia Dubrovsky, Clerk

cc: Garry D. Malphrus, Chief Clerk, Board of Immigration Appeals, Ellen VanScoyoc, Remi da Rocha-Afodu, Sabatino F. Leo, Aaron David Nelson, Oil, Adriana Lafaille, Jessie J. Rossman, Julian Bava